# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia
2400 West Avenue, Suite 110
Newport News, VA 23607

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:** HPE Transportation, LLC

**Case Number:** 17–50784–FJS        **Date Filed:** May 26, 2017

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005–2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point–to–Point Protocol (PPP). The URL address is *www.vaeb.uscourts.gov* and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single–sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  May 31, 2017                                        William C. Redden
[VAN062vMay2015.jsp]                                        Clerk of the Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 17-50784-FJS
HPE Transportation, LLC                                         Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-6          User: lauerr          Page 1 of 2          Date Rcvd: May 31, 2017
                              Form ID: VAN062       Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2017.
```
db            +HPE Transportation, LLC,    12547 Warwick Blvd.,    Newport News, VA 23606-2641
13915539      +1st Colonial Business Solutions, Inc.,    1451 W. Cypress Creek Rd. #300,
               Fort Lauderdale FL 33309-1953
13915540       American Express,    PO Box 650448,    Dallas TX 75265-0448
13915543      +BMO Harris Bank N.A.,    1010 Thomas Edison Blvd. SW,    Cedar Rapids IA 52404-8247
13915544      +BMO Harris Bank N.A.,    111 W. Monroe Street 17 West,    Chicago IL 60603-4096
13915545     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Business Card,    PO Box 183051,    Columbus OH 43218-3051)
13915546       Cobb Care Technologies LLC,    PO Box 66000831,    Dallas TX 75266-0831
13915547      +Comdata,   5301 Maryland Way,    Brentwood TN 37027-5028
13915549      +Corporation Service Company,    as representative,    P. O. Box 2576,    Springfield IL 62708-2576
13915551      +Excel Truck Group,    dba Virginia Truck Leasing,    267 Lee Highway,    Roanoke VA 24019-8568
13915550      +Excel Truck Group,    PO Box 7178,    Roanoke VA 24019-0178
13915552       FedEx,   US Collections Department,    PO Box 371461,    Pittsburgh PA 15250-7461
13915553       First Insurance Funding Corp.,    450 Skokie Blvd., Ste. 1000,    Northbrook IL 60062-7917
13915556      +Fleetmatics,    1100 Winter St. Suite 4600,    Waltham MA 02451-1453
13915555      +Fleetmatics,    ATTN: Paul Witt,    1100 Winter St. Suite 4600,    Waltham MA 02451-1453
13915554       Fleetmatics,    PO Box 347472,    Pittsburgh PA 15112-0000
13915558       General Electric Capital Corp.,    91 Main Ave., Ste. 800,    Norwalk CT 06851-0000
13915559      +Herb Garfinkle,    12547 Warwick Blvd.,    Newport News VA 23606-2641
13915560      +Hitachi Capital America,    800 Connecticut Avenue,    Norwalk CT 06854-1738
13915562       IPFS,   PO Box 412086,    Kansas City MO 64141-2086
13915563      +Jeffrey Bergquist,    Wells Fargo Equpment Finance,    600 South 4th Street,
               Minneapolis MN 55415-1526
13915565      +Millard White,    White & White, P.C.,    10 Sweetbriar Drive,    Newport News VA 23606-3903
13915568     ++OKLAHOMA TAX COMMISSION,    GENERAL COUNSEL S OFFICE,    100 N BROADWAY AVE SUITE 1500,
               OKLAHOMA CITY OK 73102-8601
              (address filed with court: Oklahoma Tax Commission,    2501 North Lincoln Blvd.,
               Oklahoma City OK 73194-0000)
13917070      +PACCAR Financial Corp.,    c/o Richard D. Scott, Esq.,    302 Washington Avenue Southwest,
               Roanoke, VA 24016-4312
13915571       PENSKE Truck Rentals,    PO Box 827380,    Philadelphia PA 19182-7380
13915570      +Paul Meiseles,    12547 Warwick Blvd.,    Newport News VA 23606-2641
13915572      +Proprius 211 Trust, Agent,    8601 Monrovia,    Lenexa KS 66215-4501
13915574      +RTS Financial Service, Inc.,    9300 Metcalf, Suite 301,    Overland Park KS 66212-1463
13915573      +Raleigh Lancaster,    4500 East West Highway, 6th Floor,    Bethesda MD 20814-3327
13915566     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: New Jersey Division of Taxation,    Bankruptcy Section,
               P. O. Box 245,    Trenton NJ 08695-0245)
13915575      +Safety Management,    PO Box 12694,    Norfolk VA 23541-0694
13915576      +Sarah L. McCurry, Esq.,    Winslow & McCurry,    1324 Sycamore Square 202C,
               Midlothian VA 23113-4668
13915577      +Shackelford Seafood Corp.,    PO Box 232,    Achilles VA 23001-0232
13915579      +The Smarter Merchant,    1115 Broadway, 12th Floor,    New York NY 10010-3452
13915580      +Thermo King of Central Virginia,    10394 Sliding Ridge Road,    Ashland VA 23005-3412
13915581       Travellers Insurance,    Lloyds of London,    P. O. Box 660317,    Dallas TX 75266-0317
13915582      +Truck Enterprises Chesapeake,    1031 Cavalier Blvd.,    Chesapeake VA 23323-1509
13915583      +Truck Enterprises Manassas,    9599 Hawkins Drive,    Manassas VA 20109-4500
13916556      +U.S. Attorney's Office,    101 W. Main St., Ste. 8000,    Norfolk, VA 23510-1651
13915584      +U.S. Department of Transportation,    400 N. 8th St.,    Suite 780,    Richmond VA 23219-4827
13915586      +US Dept. of Transportation,    802 Cromwell Park Drive,    Suite N,    Glen Burnie MD 21061-2563
13915588      +VFS US, LLC,    PO Box 26131,    Greensboro NC 27402-6131
13915587      +Verizon,   PO Box 4003,    Acworth GA 30101-9004
13915589      +Virginia Trailer Services Inc.,    t/a Virginia Trailer Rentals,    3320 Business Center,
               Chesapeake VA 23323-2638
13915590      +Virginia Truck Leasing,    PO Box 7178,    Roanoke VA 24019-0178
13915591      +Volvo Financial Services,    7025 Albert Pick Road,    Suite 105,    Greensboro NC 27409-9519
13915592       Wells Fargo Business Card,    PO Box 6426,    Carol Stream IL 60197-6426
13915593     #+Wells Fargo Equipment Finance,    733 Marquette Ave. Ste. 700,    MAC N9306-007,
               Minneapolis MN 55402-2340
13915594       Wells Fargo Equipment Finance,    NW - 5934,    PO Box 1450,    Minneapolis MN 55485-5934
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13915541      +E-mail/Text: g20956@att.com Jun 01 2017 02:10:11     AT&T Wireless,    PO Box 536216,
               Atlanta GA 30353-6216
13915542      +E-mail/Text: bankruptcy@bayportcu.org Jun 01 2017 02:10:14      Bayport Credit Union,
               3711 Huntington Ave.,    Newport News VA 23607-2795
13915557      +E-mail/Text: capitalbankruptcynotice@ge.com Jun 01 2017 02:09:55      GE Capital Commercial Inc.,
               300 E. John Carpenter Freeway,    Irving TX 75062-2369
13915561       E-mail/Text: cio.bncmail@irs.gov Jun 01 2017 02:09:11     Internal Revenue Service,
               P. O. Box 7346,    Philadelphia PA 19101-7346
13915564      +E-mail/Text: regina.millan@mhc.com Jun 01 2017 02:09:37      MHC Financial Services Inc.,
               11120 Tomahawk Creek Pkwy,    Leawood KS 66211-2695
```

```
District/off: 0422-6          User: lauerr              Page 2 of 2                  Date Rcvd: May 31, 2017
                              Form ID: VAN062           Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13918213         E-mail/Text: pfc.bankruptcy.packages@paccar.com Jun 01 2017 02:10:00      PACCAR Financial Corp.,
                  Attn: Linda Markle, BK Specialist,    P.O. Box 1518,    Bellevue, WA 98009-1518
13915569        +E-mail/Text: pfc.bankruptcy.packages@paccar.com Jun 01 2017 02:10:00      PACCAR Financial Corp.,
                  2180 Satellite Boulevard,    Suite 200,    Duluth GA 30097-4927
13915578        +E-mail/Text: collections@rapidadvance.com Jun 01 2017 02:10:23
                  Small Business Financial Solutions, LLC,    4500 East West Highway, 6th Floor,
                  Bethesda MD 20814-3327
13915585        +E-mail/Text: legalcompliance@statenational.com Jun 01 2017 02:09:13
                  United Specialty Insurance Company,    P. O. Box 24622,    Fort Worth TX 76124-1622
13915548         E-mail/Text: bkr@taxva.com Jun 01 2017 02:10:07      Commonwealth of Virginia,   PO Box 2369,
                  Richmond VA 23218-2369
13915595        +E-mail/Text: factoringunderwriting@fleetone.com Jun 01 2017 02:10:29
                  WEX Fleet One Factoring,    613 Bakertown Road,    Antioch TN 37013-2657
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              RTS Financial Service, LLC
13915567*      ++OKLAHOMA TAX COMMISSION,    GENERAL COUNSEL S OFFICE,    100 N BROADWAY AVE SUITE 1500,
                  OKLAHOMA CITY OK 73102-8601
                 (address filed with court:  Oklahoma Tax Commission,    PO Box 26800,
                  Oklahoma City OK 73126-0000)
                                                                                             TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2017 at the address(es) listed below:
              Cullen Drescher Speckhart    on behalf of Creditor    RTS Financial Service, LLC
               cspeckhart@wolriv.com, restructuring@wolriv.com
              Joseph T. Liberatore    on behalf of Debtor    HPE Transportation, LLC jliberatore@clrbfirm.com,
               dhicock@clrbfirm.com;nscott@clrbfirm.com,
               tturner@clrbfirm.com;clrbfirmecf@gmail.com;r40218@notify.bestcase.com
              Joshua David Stiff    on behalf of Debtor    HPE Transportation, LLC jstiff@clrbfirm.com,
               dhicock@clrbfirm.com;nscott@clrbfirm.com;clrbfirmecf@gmail.com;ctuggle@clrbfirm.com
              Judy A. Robbins    USTPRegion04.NO.ECF@usdoj.gov
                                                                                             TOTAL: 4
```