IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HPE TRANSPORTATION, LLC, | ) | Case No. 17-50784-FJS |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |
| PACCAR FINANCIAL CORP., | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HPE TRANSPORTATION, LLC | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF HEARING REGARDING PACCAR FINANCIAL CORP.'S
MOTION FOR DETERMINATION OF EXTENT OF SECURED CLAIM**

Please take notice that the Court has set a hearing on the *Motion for Determination of Extent of Secured Claim* filed by PACCAR Financial Corp. (Docket Entry No. 135) (the "Motion"). The hearing on the Motion will take place on March 30, 2018 at 9:30 a.m. at the U.S. Courthouse, 2400 West Avenue, Newport News, VA 23607.

**Your rights may be affected. You should read the Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the Court to grant the relief sought in this Motion, or if you want the Court to consider your views on the Motion, then within 14 days from the date of service of this notice, you or your attorney must:

1. File a written response explaining your position with the Court at the following address: Clerk of Court, United States Bankruptcy Court, 600 Granby Street, Norfolk, VA 23510, and serve a copy on the movant. Unless a written response is filed and served within this 14-day

---

Richard D. Scott (Va. Bar No. 44527)
Law Office of Richard D. Scott
302 Washington Avenue, SW
Roanoke, Virginia 24016
(540) 400-7997
(540) 491-9465 (Facsimile)
richard@rscottlawoffice.com
Counsel for PACCAR Financial Corp.

period, the Court may deem opposition waived, treat the Motion as conceded, and issue an order granting the requested relief.

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the expiration of the 14-day period.

2. Attend the preliminary hearing on the date described above.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion or objection and may enter an order granting that relief.

Date: February 19, 2018                PACCAR Financial Corp.


By:/s/ Richard D. Scott
                    Counsel

Richard D. Scott (Va. Bar No. 44527)
Law Office of Richard D. Scott
302 Washington Avenue, SW
Roanoke, Virginia  24016
(540) 400-7997
(540) 491-9465 (Facsimile)
richard@rscottlawoffice.com
Counsel for PACCAR Financial Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2018, a true copy of the foregoing *Notice of Hearing* was electronically filed with the Clerk of the Court for the U.S. Bankruptcy Court for the Eastern District of Virginia, using the Court's CM/ECF system, which served electronically all registered ECF users who have filed notices of appearance in this matter and mailed, and by U.S. Mail, first class, postage prepaid, to the debtor at its address of record to 12547 Warwick Boulevard, Newport News, Virginia, 23606.

/s/ Richard D. Scott