# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Newport News Division

In re:   HPE TRANSPORTATION, LLC,                              Case No. 17-50784-FJS
                                                               Chapter 11

          Debtor in Possession.

Address:    12547 Warwick Blvd., Newport News, VA 23606
EIN:        90-0705424

## MONTHLY OPERATING REPORT

Period:  12/01/2017 – 12/31/2017

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_____                    ___Manager_____
Original Signature                                   Title

____Paul Meiseles_____                      ___02/2/1 2018_____
Printed Name                                         Date

**PREPARER:**

_____- SAME AS ABOVE -_____                      _____
Original Signature                                   Title

_____                     _____
Printed Name                                         Date

**HPE Transportation, LLC**
**Case No, 17-50784-FJS**
**Monthly Operating Report**
**Dates: 12/1/17 - 12/31/17**

| | Week 1 12/1/17 - 12/2/17 | Week 2 12/3/17 - 12/9/17 | Week 3 12/10/17 - 12/16/17 | Week 4 12/17/17 - 12/24/17 | Week 5 12/18/17 - 12/24/17 | Week 6 12/25/17 - 12/31/17 | Total |
|---|---|---|---|---|---|---|---|
| **Starting Operating Cash** | | | | | | | |
| Starting Operating Cash | $ 49,245.18 | $ 35,002.52 | $ 32,063.23 | $ 36,019.41 | $ 40,704.39 | $ 36,434.42 | $ 49,245.18 |
| Other Cash Inflows (non-income) | | | | | | | $ - |
| **(A)    Total Starting Cash** | $ 49,245.18 | $ 35,002.52 | $ 32,063.23 | $ 36,019.41 | $ 40,704.39 | $ 36,434.42 | $ 49,245.18 |
| | | | | | | | |
| **Operating Income** | | | | | | | |
| Factoring Income | | $ 60,759.19 | $ 53,666.76 | $ 62,256.63 | $ 39,701.75 | $ | $ 216,384.33 |
| Other Income | | | | | | | $ - |
| **Total Operating Income** | $ - | $ 60,759.19 | $ 53,666.76 | $ 62,256.63 | $ 39,701.75 | $ - | $ 216,384.33 |
| | | | | | | | |
| **Operating Expenses** | | | | | | | |
| **Transportation Services** | | | | | | | |
| Driver Advances | $ - | $ (3,148.60) | $ (4,679.99) | $ (2,697.38) | $ - | $ | $ (10,525.97) |
| EZ Pass | $ (1,000.00) | $ (6,000.00) | $ (5,000.00) | $ (5,000.00) | $ (4,000.00) | $ (1,000.00) | $ (22,000.00) |
| Independent Contractors | $ (8,162.90) | $ (11,975.69) | $ (13,216.81) | $ (13,313.25) | $ (6,434.51) | $ - | $ (53,113.16) |
| Misc, Road Expense | $ - | $ (99.00) | $ (162.05) | $ (59.00) | $ - | $ | $ (320.05) |
| Purchase Transportation | $ (2,515.67) | $ (1,985.00) | $ - | $ (2,350.00) | $ (2,745.27) | $ | $ (9,595.94) |
| Service Fee | | | | | | | $ - |
| **Automobile Expenses** | | | | | | | |
| Tickets | | | | | | | $ - |
| Diesel Fuel | $ - | $ (12,007.56) | $ (13,746.50) | $ (12,614.08) | $ (15,451.89) | $ | $ (53,820.03) |
| Highway Vehicle Tax | | | | | | | $ - |
| IFTA Road Taxes | | | | | | | $ - |
| License Plates | | | | | | | $ - |
| Repairs & Maintenance | $ - | $ (4,773.26) | $ (3,484.17) | $ (13,968.69) | $ - | $ | $ (22,226.12) |
| **Insurance Expenses** | | | | | | | |
| Medical - drivers | | | | | | | $ - |
| Health Insurance (Officer) | $ - | $ - | $ (2,186.10) | $ - | $ - | $ | $ (2,186.10) |
| Workman's Comp | | | | | | | $ - |
| Physical Damage & Cargo Liability | $ - | $ (12,424.84) | $ - | $ - | $ - | $ | $ (12,424.84) |
| Auto & General Liability | $ - | $ (225.20) | $ - | $ - | $ (11,321.83) | $ | $ (11,547.03) |
| **Payroll** | | | | | | | |
| Office Wages | $ (955.50) | $ (1,348.75) | $ (1,181.00) | $ (1,362.50) | $ (1,142.50) | $ | $ (5,990.25) |
| Officer's Salary | $ (1,400.00) | $ (1,400.00) | $ (1,400.00) | $ (1,400.00) | $ (1,400.00) | $ | $ (7,000.00) |
| Employee Taxes | $ (180.19) | $ (210.28) | $ (197.46) | $ (211.33) | $ (194.50) | $ | $ (993.76) |
| **Rental Expense** | | | | | | | |
| Car Rental | $ - | $ - | $ - | $ (474.51) | $ - | $ | $ (474.51) |
| Trailer Rental | | | | | | | $ - |
| **Office Supplies** | | | | | | | |
| Checks | | | | | | | $ - |
| Cleaning | $ - | $ - | $ (50.00) | $ - | $ (50.00) | $ | $ (100.00) |
| Driver Supplies | | | | | | | $ - |
| Express Mail | $ (28.40) | $ (277.10) | $ (490.69) | $ (543.42) | $ (121.22) | $ | $ (1,460.83) |
| Insurance | | | | | | | $ - |
| Postage | $ - | $ (98.00) | $ - | $ - | $ - | $ | $ (98.00) |
| Rent | $ - | $ - | $ - | $ - | $ (1,000.00) | $ | $ (1,000.00) |
| Supplies | | $ (94.32) | | | | | $ (94.32) |
| Telephone / Computer / Internet | $ - | $ (142.24) | $ (4.99) | $ (400.24) | $ - | $ | $ (547.47) |
| **Administrative Expenses** | | | | | | | |
| RTS Attorney Fees & Costs | | | | | | | $ - |
| Bookkeeper Fees | | | | | | | $ - |
| Registration | | | | | | | $ - |
| Safety | | | | | | | $ - |
| US Trustee Quarterly Fees | | | | | | | $ - |
| **Other Expenses** | | | | | | | |
| Business Licenses & Permits | $ - | $ - | $ (113.09) | $ - | $ - | $ | $ (113.09) |
| City Taxes | $ - | $ (18.09) | $ - | $ - | $ - | $ | $ (18.09) |
| Cell Phone | | | | | | | $ - |
| Dues & Subscriptions | $ - | $ - | $ - | $ (85.00) | $ (55.00) | $ | $ (140.00) |
| Tracking System | | | | | | | $ - |
| **Other Expenses / Distributions** | | | | | | | |
| See Supplement | $ - | $ (290.05) | $ (538.74) | $ (632.25) | $ (55.00) | $ 7,280.62 | $ 5,764.58 |
| **Total Operating Expenses** | $ (14,242.66) | $ (56,517.98) | $ (46,461.59) | $ (55,111.65) | $ (43,971.72) | $ 6,280.62 | $ (210,024.98) |
| | | | | | | | |
| **(B)    Income from Operations** | $ (14,242.66) | $ 4,241.21 | $ 7,205.17 | $ 7,144.98 | $ (4,269.97) | $ 6,280.62 | $ 6,359.35 |
| | | | | | | | |
| **Adjustments to Operating Cash** | | | | | | | |
| Adequate Protection / Debt Service | | $ (7,180.50) | $ (3,248.99) | $ (2,460.00) | $ | $ (6,745.50) | $ (19,634.99) |
| Payroll liability adjustment | | | | | | $ 610.60 | $ 610.60 |
| Reorganization Fund Allocation | | | | | | | $ - |
| **(C)    al Adjustments to Operating Cash** | | $ (7,180.50) | $ (3,248.99) | $ (2,460.00) | $ - | $ (6,134.90) | $ (19,024.39) |
| | | | | | | | |
| **Ending Operating Cash (A+B+C)** | $ 35,002.52 | $ 32,063.23 | $ 36,019.41 | $ 40,704.39 | $ 36,434.42 | $ 36,580.14 | $ 36,580.14 |
| | | | | | | | |
| | | | | | **Change in Operating Cash** | | $ (12,665.04) |
| | | | | | | | |
| **Balance of Reorganization Fund** | | | | | | | |
| Starting Balance | | $ 118.72 | $ - | $ - | $ - | $ | $ 118.72 |
| Contributions | | $ - | $ - | $ - | $ - | $ | $ - |
| Withdrawals (see Supplement) | $ - | $ - | $ - | $ - | $ - | $ 2,005.29 | $ 2,005.29 |
| **Ending Balance** | $ - | $ 118.72 | $ - | $ - | $ - | $ 2,005.29 | $ 2,124.01 |

# ⓣ TOWNE BANK

PAGE    1

HPE TRANSPORTATION, LLC
OPERATING ACCT/ DEBTOR IN POSSESSION
CHAPTER 11/CASE # 17-50784
167 REYNOLDS DR
NEWPORT NEWS VA  23606

STATEMENT DATE
12-29-17

ACCOUNT NUMBER
4108

21                                                         COMBINED-031
\*\*\* CHECKING \*\*\* VALUE CLASSIC
ACCOUNT NUMBER      4108
PREVIOUS STATEMENT BALANCE AS OF 11/30/17 ......................      36,196.33
     PLUS      11   DEPOSITS AND OTHER CREDITS ...................     216,384.33
     LESS     114   CHECKS AND OTHER DEBITS ......................     218,572.35
CURRENT STATEMENT BALANCE AS OF 12/29/17 .......................      34,008.31
NUMBER OF DAYS IN THIS STATEMENT PERIOD    29

----------------------------------------------------------------------
\*\*\* CHECK TRANSACTIONS \*\*\*

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 5315 | 12/01 | 330.00 | 5328 | 12/08 | 683.50 |
| 5318* | 12/11 | 351.28 | 5330* | 12/13 | 12,650.04 |
| 5319 | 12/06 | 247.38 | 5332* | 12/12 | 1,985.00 |
| 5320 | 12/04 | 111.03 | 5333 | 12/19 | 50.00 |
| 5321 | 12/01 | 50.00 | 5334 | 12/15 | 3,248.99 |
| 5322 | 12/04 | 1,580.51 | 5335 | 12/22 | 2,460.00 |
| 5323 | 12/04 | 2,515.67 | 5336 | 12/21 | 2,350.00 |
| 5324 | 12/11 | 220.05 | 5337 | 12/22 | 550.00 |
| 5325 | 12/08 | 18.09 | 5338 | 12/27 | 474.51 |
| 5326 | 12/08 | 4,497.00 | 5340* | 12/28 | 50.00 |
| 5327 | 12/11 | 2,000.00 | | | |

----------------------------------------------------------------------
\*\*\* CHECKING ACCOUNT TRANSACTIONS \*\*\*

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/01 | CKCD DEBIT 7213 11/30 00:00 | 85.24 | |
| | NORTHWEST TAG  405 840 1739 OK | | |
| 12/01 | CKCD DEBIT 7213 11/30 00:00 | 101.01 | |
| | FEDEX 252727939 MEMPHIS TN | | |
| 12/01 | CKCD DEBIT 7213 11/30 00:00 | 137.95 | |
| | FEDEX 252636547 MEMPHIS TN | | |
| 12/01 | CKCD DEBIT 7213 11/30 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/01 | CKCD DEBIT 7213 11/30 00:00 | 1,500.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/04 | FED W/I-201712040002163 -ORG- | | 22,952.67 |
| | RTS FINANCIAL SERVICE INC. | | |
| 12/04 | I/W CHARGE-201712040002163 | 15.00 | |
| 12/04 | POS DEBIT  7213 12/03 16:05 | 94.32 | |
| | TARGET T 1103 NEWPORT NEWS VA | | |
| 12/04 | CKCD DEBIT 7213 12/02 00:00 | 28.40 | |
| | FEDEX 252870656 MEMPHIS TN | | |
| 12/04 | CKCD DEBIT 7213 12/01 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/05 | CKCD DEBIT 7213 12/04 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/05 | CKCD DEBIT 7213 12/04 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/06 | O/W CHARGE-201712060001142 | 25.00 | |
| 12/06 | AC-PILOT RECEIVABLE-PILOTDRAFT | 10,256.54 | |
| | ID-73228 | | |
| 12/06 | CKCD DEBIT 7213 12/05 00:00 | 52.70 | |
| | FEDEX 253248962 MEMPHIS TN | | |
| 12/06 | FED W/O-201712060001142 -BNF- | 9,445.97 | |
| | COMDATA INC | | |
| 12/07 | FED W/I-201712070002223 -ORG- | | 13,148.62 |
| | RTS FINANCIAL SERVICE INC. | | |

8763


## TOWNE BANK

PAGE    2

HPE TRANSPORTATION, LLC
OPERATING ACCT/ DEBTOR IN POSSESSION
CHAPTER 11/CASE # 17-50784
167 REYNOLDS DR
NEWPORT NEWS VA  23606

STATEMENT DATE
12-29-17

ACCOUNT NUMBER
4108

21                                                      COMBINED-031

---

```
*** CHECKING ACCOUNT TRANSACTIONS ***
```

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/07 | FED W/I-201712070000861 -ORG- | | 24,657.90 |
| | RTS FINANCIAL SERVICE INC. | | |
| 12/07 | XFER TO ACCT   CK-XXXXXXXX3926 | 14,000.00 | |
| 12/07 | I/W CHARGE-201712070000861 | 15.00 | |
| 12/07 | I/W CHARGE-201712070002223 | 15.00 | |
| 12/07 | AC-ATT-Payment | 102.25 | |
| | ID-037334002MYW9G | | |
| 12/07 | POS DEBIT  7213 12/07 17:13 | 98.00 | |
| | FOOD LION 0227 NEWPORT NEWS VA | | |
| 12/07 | CKCD DEBIT 7213 12/06 00:00 | 130.26 | |
| | FEDEX 253365049 MEMPHIS TN | | |
| 12/08 | CKCD DEBIT 7213 12/08 00:00 | 39.99 | |
| | AOL SERVICE 800 827 6364 VA | | |
| 12/08 | CKCD DEBIT 7213 12/07 00:00 | 94.14 | |
| | FEDEX 253463192 MEMPHIS TN | | |
| 12/08 | CKCD DEBIT 7213 12/07 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/08 | CKCD DEBIT 7213 12/07 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/11 | AC-Anthem BC-RA-1216022 | 2,186.10 | |
| | ID-00000891400600 | | |
| 12/11 | CKCD DEBIT 7213 12/09 00:00 | 4.99 | |
| | AOL FS COMPUTE 866 485 9225 VA | | |
| 12/11 | CKCD DEBIT 7213 12/10 00:00 | 145.94 | |
| | FEDEX 253607020 MEMPHIS TN | | |
| 12/11 | CKCD DEBIT 7213 12/09 00:00 | 325.91 | |
| | MICHELIN NORTH  800 8478475 SC | | |
| 12/11 | CKCD DEBIT 7213 12/09 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/11 | CKCD DEBIT 7213 12/08 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/12 | FED W/I-201712120001735 -ORG- | | 24,139.91 |
| | RTS FINANCIAL SERVICE INC. | | |
| 12/12 | I/W CHARGE-201712120001735 | 15.00 | |
| 12/12 | CKCD DEBIT 7213 12/10 00:00 | 192.60 | |
| | LOC DOC GREENVILLE NC | | |
| 12/13 | O/W CHARGE-201712130001816 | 25.00 | |
| 12/13 | AC-PILOT RECEIVABLE-PILOTDRAFT | 11,799.03 | |
| | ID-73228 | | |
| 12/13 | CKCD DEBIT 7213 12/12 00:00 | 113.09 | |
| | NJ GOV T SERVICES HAMILTON NJ | | |
| 12/13 | CKCD DEBIT 7213 12/12 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/13 | FED W/O-201712130001816 -BNF- | 10,273.68 | |
| | COMDATA INC | | |
| 12/14 | FED W/I-201712140001538 -ORG- | | 29,526.85 |
| | RTS FINANCIAL SERVICE INC. | | |
| 12/14 | XFER TO ACCT   CK-XXXXXXXX3926 | 15,000.00 | |
| 12/14 | I/W CHARGE-201712140001538 | 15.00 | |
| 12/14 | CKCD DEBIT 7213 12/13 00:00 | 186.45 | |
| | FEDEX 254164632 MEMPHIS TN | | |
| 12/14 | CKCD DEBIT 7213 12/11 00:00 | 192.99 | |
| | CROWNE PLAZA MONROE TOWNS NJ | | |
| 12/14 | CKCD DEBIT 7213 12/13 00:00 | 500.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |

8764


**TOWNE BANK**

PAGE    3

HPE TRANSPORTATION, LLC
OPERATING ACCT/ DEBTOR IN POSSESSION
CHAPTER 11/CASE # 17-50784
167 REYNOLDS DR
NEWPORT NEWS VA   23606

STATEMENT DATE
12-29-17

ACCOUNT NUMBER
4108

21                                                          COMBINED-031

--------------------------------------------------------------------------------

**\*\*\* CHECKING ACCOUNT TRANSACTIONS \*\*\***

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/14 | CKCD DEBIT 7213 12/13 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/15 | CKCD DEBIT 7213 12/12 00:00 | 90.75 | |
| | CROWNE PLAZA MONROE TOWNS NJ | | |
| 12/15 | CKCD DEBIT 7213 12/14 00:00 | 158.30 | |
| | FEDEX 254272596 MEMPHIS TN | | |
| 12/15 | CKCD DEBIT 7213 12/14 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/18 | FED W/I-201712180002021 -ORG- | | 14,594.24 |
| | RTS FINANCIAL SERVICE INC. | | |
| 12/18 | XFER TO ACCT   CK-XXXXXXXX3918 | 2,500.00 | |
| 12/18 | I/W CHARGE-201712180002021 | 15.00 | |
| 12/18 | ACH MONTHLY ADMIN FEE | 125.00 | |
| | TO   EI-XXXXXXXXXXXX0000 | | |
| 12/18 | CKCD DEBIT 7213 12/16 00:00 | 162.63 | |
| | FEDEX 254443194 MEMPHIS TN | | |
| 12/18 | CKCD DEBIT 7213 12/16 00:00 | 500.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/18 | CKCD DEBIT 7213 12/17 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/18 | CKCD DEBIT 7213 12/16 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/19 | O/W CHARGE-201712190000587 | 25.00 | |
| 12/19 | CKCD DEBIT 7213 12/18 00:00 | 3,000.00 | |
| | GABRIELLI KENWO 07324380739 NJ | | |
| 12/19 | FED W/O-201712190000587 -BNF- | 8,427.69 | |
| | COMDATA INC | | |
| 12/20 | FED W/I-201712200001305 -ORG- | | 19,676.44 |
| | RTS FINANCIAL SERVICE INC. | | |
| 12/20 | I/W CHARGE-201712200001305 | 15.00 | |
| 12/20 | AC-PILOT RECEIVABLE-PILOTDRAFT | 10,282.94 | |
| | ID-73228 | | |
| 12/20 | CKCD DEBIT 7213 12/19 00:00 | 14.20 | |
| | FEDEX 255028449 MEMPHIS TN | | |
| 12/20 | CKCD DEBIT 7213 12/19 00:00 | 53.84 | |
| | FEDEX 254791962 MEMPHIS TN | | |
| 12/20 | CKCD DEBIT 7213 12/19 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/21 | FED W/I-201712210001521 -ORG- | | 22,820.60 |
| | RTS FINANCIAL SERVICE INC. | | |
| 12/21 | XFER TO ACCT   CK-XXXXXXXX3926 | 1,357.70 | |
| 12/21 | XFER TO ACCT   CK-XXXXXXXX3926 | 14,000.00 | |
| 12/21 | I/W CHARGE-201712210001521 | 15.00 | |
| 12/21 | O/W CHARGE-201712210001615 | 25.00 | |
| 12/21 | CKCD DEBIT 7213 12/20 00:00 | 109.95 | |
| | FEDEX 255198005 MEMPHIS TN | | |
| 12/21 | CKCD DEBIT 7213 12/18 00:00 | 272.25 | |
| | CROWNE PLAZA MONROE TOWNS NJ | | |
| 12/21 | CKCD DEBIT 7213 12/20 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/21 | FED W/O-201712210001615 -BNF- | 5,628.52 | |
| | COMDATA INC | | |
| 12/22 | FED W/I-201712220001962 -ORG- | | 5,165.35 |
| | RTS FINANCIAL SERVICE INC. | | |
| 12/22 | I/W CHARGE-201712220001962 | 15.00 | |

8765

# ⓘ TOWNE BANK

PAGE      4

HPE TRANSPORTATION, LLC
OPERATING ACCT/ DEBTOR IN POSSESSION
CHAPTER 11/CASE # 17-50784
167 REYNOLDS DR
NEWPORT NEWS VA  23606

STATEMENT DATE
12-29-17

ACCOUNT NUMBER
4108

21                                                            COMBINED-031

---

*** CHECKING ACCOUNT TRANSACTIONS ***

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/22 | CKCD DEBIT 7213 12/21 00:00 | 180.51 | |
| | FEDEX 255342818 MEMPHIS TN | | |
| 12/22 | CKCD DEBIT 7213 12/21 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/22 | CKCD DEBIT 7213 12/20 00:00 | 2,000.00 | |
| | MHC KW ROCKY MO 252 2125600 NC | | |
| 12/26 | CKCD DEBIT 7213 12/23 00:00 | 22.29 | |
| | FEDEX 255571363 MEMPHIS TN | | |
| 12/26 | CKCD DEBIT 7213 12/23 00:00 | 85.00 | |
| | TRUCKSTOP COM 08002032540 ID | | |
| 12/26 | CKCD DEBIT 7213 12/23 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/27 | FED W/I-201712270001819 ~ORG- | | 15,916.51 |
| | RTS FINANCIAL SERVICE INC. | | |
| 12/27 | I/W CHARGE-201712270001819 | 15.00 | |
| 12/27 | AC-VERIZON-PAYMENTONE | 400.24 | |
| | ID-000664665818 | | |
| 12/27 | AC-PILOT RECEIVABLE-PILOTDRAFT | 7,271.67 | |
| | ID-73228 | | |
| 12/27 | CKCD DEBIT 7213 12/26 00:00 | 53.84 | |
| | FEDEX 256015690 MEMPHIS TN | | |
| 12/27 | CKCD DEBIT 7213 12/26 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/28 | XFER TO ACCT    CK-XXXXXXXX3926 | 1,100.00 | |
| 12/28 | XFER TO ACCT    CK-XXXXXXXX3926 | 1,350.00 | |
| 12/28 | XFER TO ACCT    CK-XXXXXXXX3926 | 6,000.00 | |
| 12/28 | O/W CHARGE-201712280002183 | 25.00 | |
| 12/28 | AC-IPFS800-791-7901-IPFSPMTPAP | 11,321.83 | |
| | ID-634246 | | |
| 12/28 | CKCD DEBIT 7213 12/27 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |
| 12/28 | FED W/O-201712280002183 -BNF- | 8,180.22 | |
| | COMDATA INC | | |
| 12/29 | FED W/I-201712290001892 ~ORG- | | 23,785.24 |
| | RTS FINANCIAL SERVICE INC. | | |
| 12/29 | I/W CHARGE-201712290001892 | 15.00 | |
| 12/29 | CKCD DEBIT 7213 12/29 00:00 | 55.00 | |
| | TRUCKSTOP COM 08002032540 ID | | |
| 12/29 | CKCD DEBIT 7213 12/28 00:00 | 67.38 | |
| | FEDEX 256394393 MEMPHIS TN | | |
| 12/29 | CKCD DEBIT 7213 12/28 00:00 | 1,000.00 | |
| | E Z PASS VA WEB 877 7627824 VA | | |

---

*** BALANCE BY DATE ***

| | | | | | | | |
|------|-----------|-------|-----------|-------|-----------|-------|-----------|
| 11/30 | 36,196.33 | 12/01 | 32,992.13 | 12/04 | 50,599.87 | 12/05 | 48,599.87 |
| 12/06 | 28,572.28 | 12/07 | 52,018.29 | 12/08 | 44,685.57 | 12/11 | 37,451.30 |
| 12/12 | 59,398.61 | 12/13 | 23,537.77 | 12/14 | 36,170.18 | 12/15 | 31,672.14 |
| 12/18 | 40,963.75 | 12/19 | 29,461.06 | 12/20 | 37,771.52 | 12/21 | 35,833.70 |
| 12/22 | 34,793.54 | 12/26 | 33,686.25 | 12/27 | 40,387.50 | 12/28 | 11,360.45 |
| 12/29 | 34,008.31 | | | | | | |

8766



PAGE     5

HPE TRANSPORTATION, LLC
OPERATING ACCT/ DEBTOR IN POSSESSION
CHAPTER 11/CASE # 17-50784
167 REYNOLDS DR
NEWPORT NEWS VA  23606

STATEMENT DATE
12-29-17

ACCOUNT NUMBER
4108

COMBINED-031

********************************************************************************

```
*** CHECKING *** VALUE CLASSIC
ACCOUNT NUMBER          3896
ACCOUNT TITLE    HPE TRANSPORTATION, LLC
PREVIOUS STATEMENT BALANCE AS OF 11/30/17 ........................         118.72
     PLUS    1   DEPOSITS AND OTHER CREDITS .................       2,005.29
     LESS    0   CHECKS AND OTHER DEBITS ....................            .00
CURRENT STATEMENT BALANCE AS OF 12/29/17 .........................       2,124.01
NUMBER OF DAYS IN THIS STATEMENT PERIOD    29
```

-------------------------------------------------------------------------------
```
*** CHECKING ACCOUNT TRANSACTIONS ***
 DATE            DESCRIPTION                    DEBITS           CREDITS
12/27 DEPOSIT                                                  2,005.29
```

-------------------------------------------------------------------------------
```
 *** BALANCE BY DATE ***
11/30     118.72  12/27     2,124.01
```

********************************************************************************

```
*** CHECKING *** VALUE CLASSIC
ACCOUNT NUMBER    0241033918
ACCOUNT TITLE    HPE TRANSPORTATION, LLC
PREVIOUS STATEMENT BALANCE AS OF 11/30/17 ........................       1,453.82
     PLUS    1   DEPOSITS AND OTHER CREDITS .................       2,500.00
     LESS    2   CHECKS AND OTHER DEBITS ....................       2,547.32
CURRENT STATEMENT BALANCE AS OF 12/29/17 .........................       1,406.50
NUMBER OF DAYS IN THIS STATEMENT PERIOD    29
```

-------------------------------------------------------------------------------
```
*** CHECKING ACCOUNT TRANSACTIONS ***
 DATE            DESCRIPTION                    DEBITS           CREDITS
12/18 XFER FROM ACCT CK-XXXXXXXX4108                            2,500.00
12/19 AC-IRS-USATAXPYMT                        2,124.32
      ID-XXXXXXXXXXX3921
12/20 AC-VA DEPT TAXATION-TAX PAYMEN            423.00
      ID-*****5424
```

-------------------------------------------------------------------------------
```
 *** BALANCE BY DATE ***
11/30    1,453.82  12/18    3,953.82  12/19    1,829.50  12/20    1,406.50
```

# ⓣ TOWNE BANK

PAGE    6

HPE TRANSPORTATION, LLC
OPERATING ACCT/ DEBTOR IN POSSESSION
CHAPTER 11/CASE # 17-50784
167 REYNOLDS DR
NEWPORT NEWS VA  23606

| STATEMENT DATE |
| 12-29-17 |

| ACCOUNT NUMBER |
| ▒4108 |

4                                                              COMBINED-031

*************************************************************************************

```
    4
*** CHECKING *** VALUE CLASSIC
ACCOUNT NUMBER        ▒3926
ACCOUNT TITLE    HPE TRANSPORTATION, LLC
PREVIOUS STATEMENT BALANCE AS OF 11/30/17 .......................    11,595.03
    PLUS      7  DEPOSITS AND OTHER CREDITS ..................    52,807.70
    LESS     15  CHECKS AND OTHER DEBITS .....................    63,237.43
CURRENT STATEMENT BALANCE AS OF 12/29/17 ........................     1,165.30
NUMBER OF DAYS IN THIS STATEMENT PERIOD    29
```

---

### *** CHECK TRANSACTIONS ***

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 1039 | 12/04 | 306.34 | 1042* | 12/18 | 469.16 |
| 1040 | 12/11 | 362.69 | 1043 | 12/26 | 331.11 |

---

### *** CHECKING ACCOUNT TRANSACTIONS ***

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/01 | AC-HPE Payroll-PAYROLL ID-1900705424 | 9,864.90 | |
| 12/05 | AC-HPE Payroll-PAYROLL ID-1900705424 | 818.54 | |
| 12/07 | XFER FROM ACCT CK-XXXXXXXX4108 | | 14,000.00 |
| 12/08 | AC-HPE Payroll-PAYROLL ID-1900705424 | 13,059.11 | |
| 12/14 | XFER FROM ACCT CK-XXXXXXXX4108 | | 15,000.00 |
| 12/15 | AC-HPE Payroll-PAYROLL ID-1900705424 | 400.00 | |
| 12/15 | AC-HPE Payroll-PAYROLL ID-1900705424 | 14,534.62 | |
| 12/18 | ACH MONTHLY ADMIN FEE TO    EI-XXXXXXXXXXXX0000 | 125.00 | |
| 12/21 | XFER FROM ACCT CK-XXXXXXXX4108 | | 1,357.70 |
| 12/21 | XFER FROM ACCT CK-XXXXXXXX4108 | | 14,000.00 |
| 12/22 | AC-HPE Payroll-PAYROLL ID-1900705424 | 1,357.71 | |
| 12/22 | AC-HPE Payroll-PAYROLL ID-1900705424 | 13,305.96 | |
| 12/28 | XFER FROM ACCT CK-XXXXXXXX4108 | | 1,100.00 |
| 12/28 | XFER FROM ACCT CK-XXXXXXXX4108 | | 1,350.00 |
| 12/28 | XFER FROM ACCT CK-XXXXXXXX4108 | | 6,000.00 |
| 12/29 | AC-HPE Payroll-PAYROLL ID-1900705424 | 1,095.12 | |
| 12/29 | AC-HPE Payroll-PAYROLL ID-1900705424 | 1,314.34 | |
| 12/29 | AC-HPE Payroll-PAYROLL ID-1900705424 | 5,892.83 | |

---

### *** BALANCE BY DATE ***

| | | | | | |
|------|-----------|-------|-----------|-------|-----------|
| 11/30 | 11,595.03 | 12/01 | 1,730.13 | 12/04 | 1,423.79 | 12/05 | 605.25 |
| 12/07 | 14,605.25 | 12/08 | 1,546.14 | 12/11 | 1,183.45 | 12/14 | 16,183.45 |
| 12/15 | 1,248.83 | 12/18 | 654.67 | 12/21 | 16,012.37 | 12/22 | 1,348.70 |
| 12/26 | 1,017.59 | 12/28 | 9,467.59 | 12/29 | 1,165.30 | | |

8763

HPE TRANSPORTATION, LLC

Account: 241034108

Page: 7 of 7



| | | |
|---|---|---|
| 12/01/2017  5315  $330.00 | 12/11/2017  5324  $220.05 | 12/19/2017  5333  $50.00 |
| 12/11/2017  5318  $351.28 | 12/08/2017  5325  $18.09 | 12/15/2017  5334  $3,248.99 |
| 12/06/2017  5319  $247.38 | 12/08/2017  5326  $4,497.00 | 12/22/2017  5335  $2,460.00 |
| 12/04/2017  5320  $111.03 | 12/11/2017  5327  $2,000.00 | 12/21/2017  5336  $2,350.00 |
| 12/01/2017  5321  $50.00 | 12/08/2017  5328  $683.50 | 12/22/2017  5337  $550.00 |
| 12/04/2017  5322  $1,580.51 | 12/13/2017  5330  $12,650.04 | 12/27/2017  5338  $474.51 |
| 12/04/2017  5323  $2,515.67 | 12/12/2017  5332  $1,985.00 | 12/28/2017  5340  $50.00 |

8769